UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DIAZ,<br><br>            Petitioner,<br><br>       v.<br><br>C. PFEIFFER,<br><br>            Respondent. | Case No. CV 17-6306 PA(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: May 16, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE